UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 16-604-MWF(ASx)**                              Dated: **February 23, 2017**

Title:       Andrew Paul Leonard -*v*- Daniel Kraft, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                 None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

In light of the Mediation Report, indicating the case has completely settled, filed on February 21, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **March 20, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**