JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PAUL LEONARD, | Case No.: CV16-604-MWF (ASx) |
| | *Hon. Michael W. Fitzgerald Presiding* |
| Plaintiff, | |
| | **ORDER ON STIPULATION TO** |
| vs. | **DISMISS THE ACTION WITH** |
| | **PREJUDICE** |
| DANIEL KRAFT, *et al.*, | |
| | |
| Defendant. | |

- 1 -

ORDER ON STIPULATION TO DISMISS THE ACTION WITH PREJUDICE

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is hereby dismissed *with prejudice* in its entirety against all Defendants, together with all claims and/or causes of action arising therefrom; and

2. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

**IT IS SO ORDERED.**

Date: March 15, 2017          By: _____
                                   HON. MICHAEL W. FITZGERALD
                                   UNITED STATES DISTRICT JUDGE